IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERVIN COBB and SHERRY COBB,

    Plaintiffs,
vs.                                      CASE NO. 5:08cv07/RS-EMT

GEICO GENERAL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Before me is Plaintiffs' Motion To Remand (Doc. 11).

Plaintiffs have made claims for the uninsured motorist coverage provided by Defendant. The policy provides coverage of $25,000 per person and $50,000 per accident. Plaintiffs own two vehicles which are covered by the policy. Therefore, the uninsured motorist coverage is "stacked", which results in available coverage of $50,000 per person and $100,000 per accident. Plaintiffs confirm that neither of them can assert a claim against Defendant in excess of $50,000. Although each Plaintiffs' claim arises out of the same accident, their individual claims cannot be aggregated to meet the required jurisdictional amount. *See Eagle Star Insurance Co. v. Maltes*, 313 F.2d 778 (5th Cir. 1963). This court lacks jurisdiction, and the case must be remanded to state court.

**IT IS ORDERED** that this case is remanded to the Circuit Court for Bay County, Florida.

ORDERED on February 21, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**